**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JOSEPH S. CALDWELL, JR., | : No. 521 MAL 2022 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| PHILIP JAURIGUE, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 21st day of March, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for brevity and clarity, is:

(1) Does the Court's holding in *A.S. v. I.S.*, 130 A.3d 763 (Pa. 2015), extend beyond the facts of that case and create child support obligations in third parties who seek and obtain custody rights less than those held by a biological parent?